# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

133717

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ERIC KORPAL and MARY KORPAL,
      Plaintiffs-Appellants,

v

SAMUEL J. SHAHEEN, M.D., MIDWESTERN
SURGICAL ASSOCIATES, P.C., and
COVENANT HEALTHCARE,
      Defendants,

and

STEPHEN A. MESSANA, D.O., SCOTT
CHENEY, M.D., and ADVANCED
DIAGNOSTIC IMAGING, P.C.,
      Defendants-Appellees.

_____/

SC: 133717
COA: 266418
Saginaw CC: 03-049832-NH

On order of the Court, the application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would reverse the portion of the judgment of the Court of Appeals that dismissed the plaintiffs' additional claims regarding the chest x-rays *with* prejudice, because the dismissal should have been *without* prejudice. See *Kirkaldy v Rim*, 478 Mich 581 (2007). They would remand this case to the trial court for entry of an order dismissing the plaintiffs' additional claims without prejudice.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

                             Clerk

l0423